Form ntcff (06/2014)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

| | |
|---|---|
| In Re: | |
| Rosemary Hibbler | Case Number: 19–42613–MJH<br>Chapter: 7 |
| Debtor(s). | |

### NOTICE OF ORDER APPROVING FILING FEE INSTALLMENT PAYMENTS

TO: Debtor(s) and Debtor's Attorney

YOU ARE HEREBY NOTIFIED that the final installment payment on your filing fee is due by **December 11, 2019** OR THIS CASE WILL BE DISMISSED.

**PLEASE NOTE THE COURT DOES NOT ACCEPT PERSONAL CHECKS, CREDIT CARDS OR DEBIT CARDS FOR PAYMENT FROM DEBTORS.** The court also does not accept payments made by telephone. Please submit your payment in the form of a cashier's check or money order made payable to the U.S. Bankruptcy Court with your **case number and last name** clearly displayed.

☑ $335.00 Chapter 7 Filing Fee

☐ $310.00 Chapter 13 Filing Fee

☐ $275.00 Chapter 12 Filing Fee

☐ $1717.00 Chapter 11 Filing Fee

Please note that the fee amount selected above is the total filing fee amount and **does not reflect payments already made by you, your attorney or the trustee**. If you are uncertain if payments have been made toward this fee, please contact your attorney or the court for amount due.

YOUR PAYMENTS should be mailed to the following address:

U.S. Bankruptcy Court
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

Questions regarding your payments should be directed to 253–882–3900 .

Dated: August 13, 2019

Mark L. Hatcher
Clerk of the Bankruptcy Court