UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

In Re:

ROSEMARY HIBBLER et al,

      Debtor.

Case No.: 19-42613

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that creditors Vincent Sewell, Patricia Sewell, and Sober Solutions Transitional Housing, LLC enter their appearance pursuant to Fed. R. Bankr. P. 9010 and respectfully request that all papers or pleadings filed herein, except process, and including but not limited to all notices required to be sent to creditors pursuant to Fed. R. Bankr. P. 2002, 4001, and 9007, be served on the undersigned attorneys through the Court's CM/ECF system and at the address stated below.

The Clerk of the Bankruptcy Court is further requested to add the names and addresses below to the master mailing list in this case:

    Vincent Sewell, Patricia Sewell, and Sober Solutions Transitional Housing, LLC
    c/o V. Omar Barraza
    Barraza Law PLLC
    10718 16th Ave SW
    Seattle, WA 98146

NOTICE OF APPEARANCE

Barraza Law, PLLC
10728 16th Ave SW
Seattle, WA 98146
206-933-7861 phone
206-933-7863 fax

Patricia Sewell
PO Box 24222
Federal Way, WA 98093-1222

Sober Solutions Transitional Housing, LLC
PO Box 24222
Federal Way, WA 98093-1222

Dated this 21st day of August 2019

/s/ *Vicente Omar Barraza*
Vicente Omar Barraza, WSBA # 43589
Barraza Law, PLLC
Attorney for Vincent Sewell, Patricia Sewell, and Sober Solutions Transitional Housing, LLC

## PROOF OF SERVICE

On August 21, 2019, I caused this document to be filed electronically through the CM/ECF system, which caused the Registered Participants in this proceeding to be served by electronic means as fully reflected on the Notice of Electronic filing for said documents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 21st day of August 2019 at Seattle, Washington.

/s/ *Vicente Omar Barraza*
Vicente Omar Barraza, WSBA # 43589
Barraza Law, PLLC
Attorney for Vincent Sewell, Patricia Sewell, and Sober Solutions Transitional Housing, LLC

NOTICE OF APPEARANCE

Barraza Law, PLLC
10728 16th Ave SW
Seattle, WA 98146
206-933-7861 phone
206-933-7863 fax