# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME: Rosemary Hibbler    CASE NO: 19-42613

FOR:  X  DEBTOR
      ___ JOINT DEBTOR
      ___ CREDITOR
      ___ ATTORNEY   ( Please include Bar ID Number _____ )
      ___ PLAINTIFF
      ___ DEFENDANT

OLD ADDRESS:
NAME: Rosemary Hibbler
ADDRESS: 3516 185th St Ct E
Tacoma, WA 98446
PHONE: 253-495-2247

EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:
NAME: Rosemary Hibbler
ADDRESS: 2602 S 38th St. #A-166
Tacoma, WA 98409
PHONE: 253-495-2247

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

Rosemary Hibbler    Date 10-10-19

Change of Address
Local Forms W.D. Wash. Bankr., Form 7
Eff. 12/1/16