# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ROSEMARY HIBBLER,<br><br>                Debtor. | CASE NO. 19-42613-MJH<br><br>ORDER EXTENDING THE DEADLINE FOR FILING COMPLAINTS TO DETERMINE DISCHARGEABILITY<br><br>[PROPOSED] |

THIS MATTER came for consideration upon the Motion ("Motion") of the State of Washington, Office of the Attorney General (AGO), an interested party in the bankruptcy of Rosemary Hibbler, ("Debtor") pursuant to Fed. R. Bank. P. 4007 and 9013, and Local Bankruptcy Rule 9013-1, for an order extending the deadline for the AGO to file a complaint to determine dischargeability of particular debts under 11 U.S.C. § 523(a)(2), (4), or (6) for an additional 60 days, through and including January 17, 2020.

[PROPOSED] ORDER EXTENDING THE DEADLINE FOR FILING COMPLAINTS TO DETERMINE DISCHARGEABILITY - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Case 19-42613-MJH    Doc 36-2    Filed 11/15/19    Ent. 11/15/19 13:19:41    Pg. 1 of 2

1       The Court has considered the Motion and Declaration of Lynda Atkins in support thereof, objections to the Motion and declarations in support thereof, if any, the AGO's reply in support, the records and files herein, and the arguments of the parties, if any.

      Based upon the foregoing, it is hereby ORDERED that the State's Motion is GRANTED. The Court FURTHER ORDERS that the deadline for the State to object to the Debtor's discharge under 11 U.S.C § 523 is hereby extended pursuant to Fed. R. Bankr. P. 4007 to and through January 17, 2020.

///END OF ORDER///

Presented by:

ROBERT W. FERGUSON
Attorney General

By /s/  *Lynda Atkins*
    LYNDA ATKINS, WSBA #52396
    HEIDI C. ANDERSON, WSBA #37603
    Assistant Attorneys General
    800 Fifth Avenue, Suite 2000
    Seattle, WA 98104-3188
    Phone: 206.464.7745

Attorneys for State of Washington,
Office of the Attorney General

[PROPOSED] ORDER EXTENDING THE
DEADLINE FOR FILING COMPLAINTS TO
DETERMINE DISCHARGEABILITY - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

Case 19-42613-MJH    Doc 36-2    Filed 11/15/19    Ent. 11/15/19 13:19:41    Pg. 2 of 2